## RICHARD PATTINSON *versus* JOHN KINZIE AND THOMAS FORSYTH, COPARTNERS IN TRADE UNDER THE FIRM OF KINZIE & FORSYTH

JOURNAL ENTRIES (1815): *Journal 2:* (1) Consolidated, referred *p. 488.

70

PAPERS IN FILE: [None]
*Office Docket*, MS p. 32, c. 77.